Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>GARY CLARK,<br><br>             Defendant. | No. 6:13-MJ-37-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. CLARK was picked up on the Yosemite warrant and because of poor health spent over four days in custody.

Dated: February 11, 2015         NATIONAL PARK SERVICE

                                                 /S/ Matthew McNease_____
                                                Matthew McNease
                                                Acting Legal Officer
                                                Yosemite National Park, CA

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Gary Clark,* 6:13-mj-037-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   February 12, 2015         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE